IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02044-WDM-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$13,000.00 IN UNITED STATES CURRENCY,
2007 BLACK DODGE RAM SRT PICKUP, VIN 1D7HA18257S120375, and
1999 SILVER GMC YUKON, VIN 1GKEK13R1XR918883,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Claimants' Unopposed Motion for Telephone Appearance (Docket No. 15) is GRANTED.

Date:   November 18, 2010.