IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02044-WDM-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$13,000.00 IN UNITED STATES CURRENCY,
2007 BLACK DODGE RAM SRT PICKUP, VIN 1D7HA18257S120375, and
1999 SILVER GMC YUKON, VIN 1GKEK13R1XR918883,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Extend Discovery Deadlines (docket no. 44) is GRANTED as follows.  The discovery deadline is extended to June 30, 2011.  The deadline to file dispositive motions is extended to July 29, 2011.

It is FURTHER ORDERED that United States' Motion to Strike Claims and Answer for Failure to Comply with Supplemental Rule G(5) (docket no. 36) is DENIED for the reasons stated below.

It is FURTHER ORDERED that Claimant Maria Medina's Motion to Reconsider 16 March 2011 Order (docket no. 40) is GRANTED for the reasons stated below.  The Minute Order dated March 16, 2011 (docket no. 35), is VACATED since Maria Medina and Victor Mier-Chacon have now demonstrated that they have standing to substitute for Claimant Antonio Resendez-Mier who is deceased.

It is FURTHER ORDERED that Claimants Maria Medina and Victor Mier-Chacon's Motion for Leave to File Claims (docket no. 39) is GRANTED for the reasons stated below.

I find that Claimants Maria Medina and Victor Manuel Mier-Chacon did not initially  comply with the requirements of Rule G(5), but they subsequently filed their claims and Answer consistent with Rule G(5)(a)(i)(A-C) on October 25, 2010.  See docket no. 12.  The purpose of the judicial claim by Rule G(5) is to provide the Government with timely notice of a claimant's interest in contesting the forfeiture and, by requiring a sworn claim, to deter the filing of false claims.  See U.S. v. $1,175,918.00 in U.S. Currency, 755 F. Supp. 630 (S.D.N.Y. 1991).  I find excusable neglect to allow

2

such claims to proceed in the interest of justice.  I further find no real prejudice to the Government, noting this court has extended the deadlines to complete discovery and to file dispositive motions.  See above ruling on docket no. 44.  Moreover, the Final Pretrial Conference is not set until October 11, 2011, at 8:30 a.m., and no trial date has been set by Judge Miller.  Lastly, Claimants Maria Medina and Victor Mier-Chacon have now demonstrated that they have standing to proceed as a Claimants in this action.  See affidavit of Claimant Maria Medina (docket no. 39-2) and affidavit of Claimant Victor Mier-Chacon (docket no. 39-1).

Date:   May 5, 2011