IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02044-CMA-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$13,000.00 IN UNITED STATES CURRENCY,
2007 BLACK DODGE RAM SRT PICKUP, VIN 1D7HA18257S120375, and
1999 SILVER GMC YUKON, VIN 1GKEK13R1XR918883,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the United States' Unopposed Motion to Vacate Proposed Pretrial Order Due Date and Final Pretrial Conference, DN 71, filed with the Court on September 30, 2011, is GRANTED.  The Final Pretrial Conference set on October 11, 2011, at 8:30 a.m., is VACATED and RESET on December 8, 2011, at 9:30 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.   The parties shall submit their Proposed Final Pretrial Order on or before December 2, 2011.

Date:   October 3, 2011